CHRISLIP & HERVATIN, LLP
RONALD W. CHRISLIP SB#70441
1505 N. BROADWAY
SANTA ANA, CA 92706
714-547-0197

Attorney for Plaintiffs, Stewart Surfboards, Inc. and
William G. Stewart

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEWART SURFBOARDS, INC.;
WILLIAM G. STEWART,

        Plaintiffs,

v.

THE WALT DISNEY COMPANY;
DISNEY ENTERPRISES, INC., DISNEY
PRESS and DOES 1 to 25,

        Defendants.

Case No. CV10-2982 AHM (SSx)

**COMPLAINT FOR**
1. **Trademark Infringement**
2. **Unfair Competition**
3. **State Law Unfair Competition**
4. **Imposition of a Constructive Trust;**

**DEMAND FOR JURY TRIAL**

---

## Allegations Common to All Claims for Relief

### A. Jurisdiction and Venue

    1.    The claims for trademark infringement and unfair competition under the Lanham Trademark Act, as amended, 15 U.S.C., § 1051 et seq., allege the unauthorized use in interstate commerce of famous and distinctive marks, and false designations of origin. The Court has jurisdiction over the subject matter of

Page **1** of **22**

**Complaint**

these claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1331 and § 1338. The remaining causes of action for unfair competition under California state law and for a constructive trust arise under the laws of the State of California. The Court has jurisdiction over these substantial and related claims pursuant to 28 U.S.C. § 1338 (b) and § 1367.

2.      Venue in the Central District of California is proper pursuant to 28 U.S.C. § 1391(b), § 1392 and § 1400(a).

**B. Introduction**

3.      This case concerns the concerted, unauthorized use of intellectual properties owned by Stewart Surfboards, Inc, William G. Stewart.  Plaintiffs are engaged in the manufacture, importation, distribution, promotion, sale and offer for sale high-quality handcrafted custom surfboards

4.      Plaintiff, Stewart Surfboards, Inc. is a corporation duly organized and existing under the laws of the State California existing under the law of the State of California, having its principal place of business in San Clemente, California, county or Orange.

5.      Plaintiff, William G. Stewart owns and  founded Stewart Surfboards over thirty years ago; Mr. Stewart's products are world renown, are immediately

**Complaint**

recognizable, and have reached celebrity status among those in the surfing community.

6.      Stewart boards have been seen on TV and in movies, such as "The Heartbreak Kid", "The Net", the MTV Beach House, "Vegas" and many more.

7.      CNN commemorated the end of the Cold War in 1990 by presenting Soviet leader Mikhail Gorbachev with a Stewart Surfboard decorated with airbrushed Soviet and American flags.

8.      As the exposure and world-wide presence has grown, so has the Stewart product line-up, which now includes a full range of boards including shortboards, the world-famous Hydro Hull longboard and the revolutionary new S-Winger as well as apparel, hats, mugs and more.

9.      In 1994, Office Depot featured Bill and Stewart Surfboards in a national TV ad, with shots of Stewart surfing at San Onofre, which aired during 60 Minutes, the NFL playoffs and after the Super Bowl.

10.     Stewart surfboards are judged as the finest boards made and are used by professional surfers all over the world.

11.     The appearance and other features of the Stewart surfboards are inherently distinctive and serve to identify Stewart Surfboards, Inc. as the source of products bearing the Stewart name, logo and signature. The design,

**Complaint**

configuration and distinctive features of the Stewart surfboards and Stewart Surfboards, Inc. products are wholly original with Stewart Surfboards, Inc and, as fixed in various tangible media, including merchandise.

12.     Plaintiffs, Stewart Surfboards, Inc.  and William G. Stewart are the owners of world famous registered marks which serve to distinguish Stewart Surfboards, Inc.'s surfboards and other products. Some of those trademarks have been used continuously for over thirty years. Each year Stewart Surfboards, Inc. spends considerable money to develop and maintain the considerable goodwill it enjoys in its trademarks and in its reputation for high quality. A list of trademark registrations for the Stewart Surfboards, Inc is attached as Exhibit "1" (collectively "Stewart Surfboards, Inc.'s Trademarks").

13.     Stewart Surfboards, Inc.'s Trademarks are all valid, extant and in full force and effect. Stewart Surfboards, Inc.'s Trademarks are all exclusively owned by Stewart Surfboards, Inc. Stewart Surfboards, Inc has continuously used each of Stewart Surfboards, Inc.'s Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.

14.     As a result of advertising and sales, together with longstanding consumer acceptance, Stewart Surfboards, Inc.'s Trademarks identify Stewart Surfboards, Inc.'s surfboards and other products and authorized sales of these

Page **4** of **22**

**Complaint**

products. Stewart Surfboards, Inc. s Trademarks have each acquired secondary meaning in the minds of consumers throughout the United States and the world. Stewart Surfboards, Inc.'s surfboards, Copyrighted Designs and Trademarks are collectively referred to herein as Stewart Surfboards, Inc.'s Properties.

15.    The Walt Disney Company is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

16.    Disney Enterprises, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

17.    Plaintiff is informed and believes and thereon alleges that Disney Enterprises is an affiliated company of The Walt Disney Company.

18.    Plaintiff is informed and believes and thereon alleges that Disney Press is owned by The Walt Disney Company.

19.    Stewart Surfboards, Inc.'s and William G. Stewart are further informed and believe, and upon that basis allege, that The Walt Disney Company, and has control over the day to day operations of Disney Press and Disney Enterprises, Inc. Stewart Surfboards, Inc.'s and William G. Stewart are informed and believe, and upon that basis allege, that The Walt Disney Company

**Complaint**

is engaged in the manufacture, distribution, promotion and sale of merchandise infringing Stewart Surfboards, Inc.'s Properties.

20.   Upon information and belief, Does 1 to 25 are either entities or individuals who are residents of or present in this judicial district, and are subject to the jurisdiction of this Court. Upon information and belief, Does 1 to 25 are principals or supervisory employees of the named defendants, suppliers of the named defendants or other entities or individuals who are manufacturing, distributing, selling and/or offering for sale merchandise in this judicial district which infringes some or all of Stewart Surfboards, Inc.'s Properties. The identities of the various Does are unknown to the Stewart Surfboards, Inc.'s at this time. The Complaint will be amended to include the names of such individuals when identified. The named defendants and Does 1 to 25 are collectively referred to herein as "Defendants."

21.   Upon information and belief, long after Stewart Surfboards, Inc.'s adoption and use of Stewart Surfboards, Inc.'s Properties on a diverse range of goods, and after Stewart Surfboards, Inc. obtained the copyright and trademark registrations alleged above, Defendants adopted and used substantially identical likenesses of Stewart Surfboards, Inc.'s  Properties on a book published by defendants herein, without Stewart Surfboards, Inc.'s  consent. Defendants have

**Complaint**

caused the Infringing Product to enter into commerce and to be transported or used in commerce. Defendants are not licensed by Stewart Surfboards, Inc.'s and at all relevant times were not authorized by Stewart Surfboards, Inc.'s or any authorized agent of Stewart Surfboards, Inc.'s to use Stewart Surfboards, Inc.'s Properties on the back of the Hannah Montana book.  The surfboard pictured on the book was designed, produced and hand airbrushed by Bill Stewart and clearly contains the Stewart logo. Disney Press used the image, name and celebrity identity of Stewart surfboards, for commercial purpose without the permission of Stewart Surfboards, Inc. [A copy of the back of the Hannah Montana book is attached hereto as Exhibit 2]

22.   By using Stewart Surfboards, Inc.'s surfboard on the Hannah Montana book "Rock the Waves" it implies that Stewart Surfboards, Inc., approves endorses or sponsor's said book in that  in this particular book one of the characters is an Aussie surfer who is surfing in a major surfing competition.

23.   Defendants are currently engaged in such uses and, unless enjoined by this Court, will continue such unauthorized uses.

24.   By engaging in this conduct, Defendants have acted in willful disregard of laws protecting Stewart Surfboards, Inc.'s 's goodwill and related proprietary rights and have confused and deceived, or threaten to confuse and deceive, the consuming public concerning the source and sponsorship of the

Page 7 of 22

**Complaint**

products. By their wrongful conduct, Defendants have traded upon and diminished the Stewart Surfboards, Inc.'s goodwill.

## FIRST CLAIM FOR RELIEF
### (For Trademark Infringement)

25.    Plaintiffs repeat and reallege all the allegations contained in paragraphs 1 through 25, inclusive, as though set forth herein in full.

26.    Defendants' manufacture, importation, advertisement, display, promotion, marketing, distribution, sale and/or offer for sale of the Infringing Product is likely to cause confusion or to cause mistake or to deceive the relevant public and trade regarding the affiliation, sponsorship, endorsement or approval of the Infringing Product.

27.    Plaintiff are informed and believe and, upon that basis allege, that Defendants, and each of them, acted with knowledge of the federally registered trademarks alleged herein and of the valuable goodwill Stewart Surfboards, Inc. and William G. Stewart enjoys in connection therewith, with intent to confuse, mislead and deceive the public into believing that the Infringing Product were approved or endorsed by Stewart Surfboards, Inc.

28.    Plaintiffs are informed and believe, and upon that basis allege, that Defendants have each obtained gains, profits and advantages as a result of their infringing acts in amounts within the jurisdiction of the Court.

Complaint

29.    Plaintiffs Stewart Surfboards, Inc. and William G. Stewart have suffered and continues to suffer irreparable harm and damage as a result of Defendants' acts of trademark infringement in amounts thus far not determined but within the jurisdiction of this Court, which amounts should each be trebled pursuant to 15 U.S.C. § 1117. In order to determine the full extent of such damages, including such profits as may be recoverable under 15 U.S.C. § 1117, Stewart Surfboards, Inc.  will require an accounting from each defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Infringing Product as alleged herein. In the alternative, Stewart Surfboards, Inc.  may elect to recover statutory damages pursuant to 15 U.S.C. § 1117 (c).

30.    Plaintiffs have no other adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of the above-described acts of infringement. Plaintiffs are informed and believes, and upon that basis alleges, that, unless enjoined by the Court, the unlawful infringement will continue with irreparable harm and damage to Stewart Surfboards, Inc. Accordingly, Plaintiffs seeks and requests preliminary and permanent injunctive relief pursuant to 15 U.S.C § 1116.

31.    By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of its

Page 9 of 22

**Complaint**

claims herein, which attorneys' fees and costs plaintiffs are entitled to recover from Defendants, and each of them, pursuant to 15 U.S.C. § 1117 (c).

## SECOND CLAIM FOR RELIEF
### (For Unfair Competition)

32.    Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 31, inclusive, as though set forth herein in full.

33.    Plaintiffs, Stewart Surfboards, Inc. and William G. Stewart owns all rights, title and interest in and to the trademarks, trade names, service marks, artwork, and other distinctive elements for and incorporating Stewart Surfboards, Inc.'s Properties.

34.    Stewart Surfboards, Inc.'s Properties have each acquired a secondary and distinctive meaning among the public, which has come to identify Stewart Surfboards, Inc.'s Properties, and each of them, through various media, including films, books, television, magazines and other sources, and through the distribution and sale of authorized merchandise, and the distinctive features of each of as designating products associated with Stewart Surfboards, Inc. As a result of the extensive advertising, media exposure, sales and public recognition of Stewart Surfboards, Inc.'s Properties, combined with the positive experiences of the public in its relationship with Stewart Surfboards, Inc., Stewart Surfboards, Inc.'s

**Complaint**

Properties are each symbolic of Stewart Surfboards, Inc. and representative of the image which the public has of Stewart Surfboards, Inc.

35.     Plaintiffs are informed and believes, and upon that basis alleges, that Defendants, and each of them, have, without permission, authority or license from Stewart Surfboards, Inc., affixed, applied and used in connection with the manufacture, importation, advertisement, display, promotion, marketing, distribution, sale and/or offer for sale, false descriptions and representations including words or other symbols which tend falsely to describe or represent such goods as Stewart Surfboards, Inc. and affiliated with Stewart Surfboards, Inc., and have caused the entry of such goods into interstate commerce with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to the detriment of Stewart Surfboards, Inc.. Defendants, and each of them, by misappropriating and using one or more of Stewart Surfboards, Inc.'s Properties, have misrepresented and falsely described to the general public the origin, source, association, affiliation or sponsorship of their goods so as to create the likelihood of confusion by the ultimate purchaser as to both the source and sponsorship of said goods.

36.     Defendants' acts and conduct, as alleged herein, including, without limitation the Defendants' duplication and imitation of Stewart Surfboards, Inc.'s Properties, are business practices likely to deceive or confuse the purchasing

**Complaint**

public and trade upon Stewart Surfboards, Inc.'s reputation, both as to the source, origin, sponsorship and approval of the goods provided and as to the affiliation, connection or association of Defendants, and each of them, with Stewart Surfboards, Inc. and constitute acts of unfair competition, false designation of origin and false representation of affiliation, all in violation of 15 U.S.C. § 1125 (a). Plaintiffs are informed and believe, and upon that basis allege, that each of Defendants' respective acts of reputation appropriation and unfair competition was willful.

37.    Stewart Surfboards, Inc. has no adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of Defendants' respective acts of unfair competition in amounts thus far not determined but within the jurisdiction of this Court, which amounts should each be trebled pursuant to 15 U.S.C. § 1117.

38.    Plaintiffs are informed and believe, and upon that basis allege, that unless enjoined by the Court the confusion and deception alleged above and the likelihood thereof will continue with irreparable harm and damage to Stewart Surfboards, Inc.  Accordingly Stewart Surfboards, Inc. seeks and requests preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

39.    Plaintiffs are informed and believes, and upon that basis alleges, that Defendants have each obtained gains, profits and advantages as a result of their

**Complaint**

wrongful acts of unfair competition in amounts not thus far determined but within

the jurisdiction of this Court, which amounts should each be trebled, pursuant to

15 U.S.C. § 1117.

40. In order to determine the full extent of such damages, including such

profits as may be recoverable; Stewart Surfboards, Inc. requires an accounting

from each Defendant of all monies generated from the manufacture, importation,

distribution and/or sale of the Infringing Product.

41. By reason of the foregoing, Stewart Surfboards, Inc. has incurred and

will continue to incur attorneys' fees and other costs in connection with the

prosecution of its claims herein, which attorneys' fees and costs Plaintiffs are

entitled to recover from the Defendants, and each of them, pursuant to 15 U.S.C. §

1117.

## THIRD CLAIM FOR RELIEF

### (For State Law Unfair Competition)

42. Stewart Surfboards, Inc. repeats and realleges all the allegations

contained in paragraphs 1 though 41, inclusive, as though set forth herein in full.

43. As alleged above, each of Stewart Surfboards, Inc.'s Properties has

acquired secondary meaning indicative of origin, relationship, sponsorship and/or

association with Stewart Surfboards, Inc. The purchasing public is likely to

Page 13 of 22

**Complaint**

attribute to Stewart Surfboards, Inc. the use by Defendants and/or their customers, of one or more of Stewart Surfboards, Inc.'s Properties, as a source of origin, authorization and/or sponsorship for Defendants and/or their customers' goods and therefore to purchase such goods based upon that erroneous belief.

44.   Plaintiffs are informed and believes, and upon that basis alleges, that Defendants, and each of them, have intentionally appropriated one or more of Stewart Surfboards, Inc.'s Properties with the intent of causing confusion, mistake and deception as to the source of their goods and with the intent to palm off such goods as those of Stewart Surfboards, Inc. and, as such, Defendants have each committed trademark infringement, misleading advertising and unfair competition, all in violation of the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200, et seq.

45.   Plaintiffs have no adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of each of Defendants' acts in an amount thus far not determined but within the jurisdiction of this Court.

46.   Plaintiffs are informed and believe, and upon that basis allege, that unless enjoined by the Court, the confusion and deception alleged herein and the likelihood thereof will continue with irreparable harm and damage to Stewart Surfboards, Inc.

**Complaint**

47.     Plaintiffs are informed and believes, and upon that basis alleges, that Defendants have each unlawfully and wrongfully derived and will continue to derive income, gains, profits and advantages as a result of their wrongful acts of unfair competition, in amounts thus far not determined but within the jurisdiction of this Court. Plaintiffs are informed and believe, and upon that basis allege that it has lost and will continue to lose profits and goodwill as a result of Defendants' conduct.

48.     By reason of the foregoing acts of unfair competition, Plaintiffs are entitled to restitution from each Defendant of all income, gains, profits and advantages resulting from their wrongful conduct in amounts to be determined according to proof at trial.

49.     In order to determine the full extent of such damages, including such profits as may be recoverable; Stewart Surfboards, Inc. will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Infringing Product.

50.     Plaintiffs are informed and believes, and upon that basis alleges, that Defendants, and each of them, committed the acts alleged herein intentionally, fraudulently, maliciously, willfully, wantonly and oppressively, with intent to injure Stewart Surfboards, Inc. in its business and with conscious disregard for Stewart Surfboards, Inc.' rights, thereby justifying awards of punitive and

**Complaint**

exemplary damages against each Defendant in amounts sufficient to punish each

Defendant and to set an example for others.

## FOURTH CLAIM FOR RELIEF
### (Constructive Trust - <u>Cal. Civ. Code § 2224</u>)

51.    Plaintiffs repeat and reallege all of the allegations contained in

paragraphs 1 through 50, inclusive, as though set forth herein in full.

52.    This claim arises under <u>California Civil Code § 2224</u> and the common

law of the State of California. This Court has jurisdiction over the subject matter

of this claim pursuant to the provisions of <u>28 U.S.C. § 1338(b)</u>, this being a

pendent claim for a constructive trust joined with substantial and related claims

under the Copyright and Trademark laws of the United States and under <u>28</u>

<u>U.S.C. § 1367</u>.

53.    Plaintiffs are informed and believe, and upon that basis allege, that

Defendants own and possess tangible real and personal properties and assets

including, but not limited to bank, savings, investment and/or other financial

accounts consisting of or obtained from profit derived from Defendants'

unauthorized manufacture, importation, distribution and/or sale of the Infringing

Product.

**Complaint**

54.    Plaintiffs are entitled to the profits Defendants have derived from the infringement of its copyrights under 17 U.S.C. § 504(b) and its trademarks under 15 U.S.C. § 1117 and California Bus. & Prof. Code § 14340.

55.    Plaintiffs have  no adequate remedy at law and has suffered irreparable harm and damage as a result of Defendants' acts as alleged above. Defendants hold those tangible real and personal properties and assets obtained from profit derived from Defendants' unauthorized manufacture, importation, distribution and/or sale of the Infringing Product as constructive trustees for the benefit of Stewart Surfboards, Inc. in an amount to be determined.

### PRAYER FOR RELIEF

WHEREFORE Plaintiffs demand:

1.    That Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of the said Defendants, be immediately and permanently enjoined from directly or indirectly infringing Stewart Surfboards, Inc.'s Properties in any manner, including generally, but not limited to, manufacture, importation, distribution, advertising, selling and/or offering for sale any merchandise which infringes Stewart Surfboards, Inc.'s Properties, and, specifically:

**Complaint**

a. Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Infringing Product or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Stewart Surfboards, Inc.'s Properties;

b. Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Stewart Surfboards, Inc.'s Properties;

c. Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Stewart Surfboards, Inc., are sponsored, approved or licensed by Stewart Surfboards, Inc., or are in some way affiliated with Stewart Surfboards, Inc.;

d. Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer

**Complaint**

for sale or other use of any goods or services, a false description or
representation, including words or other symbols, tending to falsely
describe or represent such goods as being those of Stewart Surfboards,
Inc.;

e.   Otherwise competing unfairly with Stewart Surfboards, Inc. in any
manner.

f.   Destroying or otherwise disposing of:

g.   Merchandise falsely bearing Stewart Surfboards, Inc. Properties;

h.   Any other products which picture, reproduce, copy or use the
likenesses of or bear a substantial similarity to any of Stewart
Surfboards, Inc.'s Properties;

i.   Any labels, packages, wrappers, containers or any other unauthorized
promotion or advertising material item which reproduces, copies,
counterfeits, imitates or bears any of Stewart Surfboards, Inc.'s
Properties;

j.   Any photographs, negatives or other elements used for making or
manufacturing products bearing Stewart Surfboards, Inc.'s Properties;

k.   Any sales and supplier or customer journals, ledgers, invoices,
purchase orders, inventory control documents, bank records, catalogs

Page 19 of 22

**Complaint**

and all other business records, believed to concern the manufacture, purchase, advertising, sale or offering for sale of the Infringing Product.

2. That those Defendants infringing upon Stewart Surfboards, Inc.'s Properties be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Plaintiffs' election;

3. That actual damages be trebled pursuant to 15 U.S.C. § 1117;

4. That Defendants account for and pay over to Plaintiffs all damages sustained by Stewart Surfboards, Inc. and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

5. That Defendants are holding as constructive trustees for the benefit of Plaintiffs any and all real and/or personal properties and assets consisting of and/or obtained from profits derived from Defendants' infringing activities and that Plaintiffs be granted possession of these properties and assets;

6. That Plaintiffs recovers from Defendants its costs of this action and reasonable attorneys' fees; and

**Complaint**

7. That Plaintiff have all other and further relief as the Court may deem just and proper under the circumstances.

Dated:  April 20, 2010

CHRISLIP & HERVATIN, LLP

By _____

RONALD W. CHRISLIP

Page 21 of 22

**Complaint**

## DEMAND FOR JURY TRIAL

Pursuant to <u>Federal Rule of Civil Procedure 38(b)</u>, Stewart Surfboards, Inc. hereby demands

a trial by jury of all issues so triable.

Dated:  April 20, 2010

CHRISLIP & HERVATIN, LLP

By _____

RONALD W. CHRISLIP

Page **22** of **22**

**Complaint**

Exhibit

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,081,779

Registered July 22, 1997

## TRADEMARK
### PRINCIPAL REGISTER



STEWART SURFBOARDS, INC (CALIFORNIA CORPORATION)
2102 SOUTH EL CAMINO REAL
SAN CLEMENTE, CA 92672

FOR: SURFBOARDS, SNOWBOARDS, BODY-BOARDS, SURFBOARD LEASHES, SKATE-BOARDS, WAKEBOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-0-1978; IN COMMERCE 1-0-1980.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SAN CLEMENTE, CA", APART FROM THE MARK AS SHOWN.

SER. NO. 75-191,934, FILED 11-4-1996.

NICHOLAS ALTREE, EXAMINING ATTOR-NEY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-02-02 19:00:25 ET

Serial Number: 75191934 Assignment Information

Registration Number: 2081779

Mark



(words only): STEWART SAN CLEMENTE, CA

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2006-12-05

Filing Date: 1996-11-04

Transformed into a National Application: No

Registration Date: 1997-07-22

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2006-12-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

Document Description: Notice-Acceptance-Renewal
Mail / Create Date: 05-Dec-2006

Side - 1

 **NOTICE OF ACCEPTANCE OF §8 DECLARATION AND §9 RENEWAL**
**MAILING DATE: Dec 5, 2006**

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059. The declaration is accepted and renewal is granted. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

REG NUMBER:    2081779
MARK:          STEWART SAN CLEMENTE, CA AND DESIGN
OWNER:         Stewart Surfboards, Inc

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

WILLIAM G STEWART
STEWART SURFBOARDS
2102 S EL CAMINO REAL
SAN CLEMENTE, CA  92672

of 2

12/6/2006 1:04 PM



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Dec 6 04:23:10 EST 2006*

Please logout when you are done to release system resources allocated for you.

List At: ☐   OR ☐ to record: ☐        **Record 1 out of 2**

TARR Status   ASSIGN Status   TDR   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | STEWART SAN CLEMENTE, CA |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: surfboards, snowboards, bodyboards, surfboard leashes, skateboards, wakeboards. FIRST USE: 19780100. FIRST USE IN COMMERCE: 19800100 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.02 - Ovals, plain single line; Plain single line ovals |
| **Serial Number** | 75191934 |
| **Filing Date** | November 4, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 29, 1997 |
| **Registration Number** | 2081779 |
| **Registration Date** | July 22, 1997 |
| **Owner** | (REGISTRANT) Stewart Surfboards, Inc CORPORATION CALIFORNIA 2102 South El Camino Real San Clemente CALIFORNIA 92672 |
| **Attorney of Record** | WILLIAM G. STEWART |

of 2

12/6/2006 1:31 PM

#0286 P.008/025                    ACCOUNTING                    04/15/2010  11:35  9494922009

| | |
|---|---|
| Disclaimer | NO CLAIM [ ...DE TO THE EXCLUSIVE RIGHT TO USE   ...N CLEMENTE, CA" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 8 (6-YR). SECTION 8(10-YR) 20061205. |
| Renewal | 1ST RENEWAL 20061205 |
| Live/Dead Indicator | LIVE |

SEARCH OG

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

of 2

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-12-06 16:04:55 ET

Serial Number: 75191934 Assignment Information

Registration Number: 2081779

Mark



(words only): STEWART SAN CLEMENTE, CA

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2006-12-05

Filing Date: 1996-11-04

Transformed into a National Application: No

Registration Date: 1997-07-22

Register: Principal

Law Office Assigned: LAW OFFICE 109

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2006-12-05

LAST APPLICANT(S)/OWNER(S) OF RECORD

12/6/2006 1:05 PM

## CASE MATRIX
## STEWART SURFBOARDS, INC.
## TRADEMARKS

December 18, 2007

| DOCKET | COUNTRY | TRADEMARK CLASS | FILING DATE APPL'N NUMBER | REG. DATE REG. NUMBER | STATUS: GOODS/SERVICES |
|--------|---------|-----------------|---------------------------|------------------------|------------------------|
| JPN-001 | JAPAN | STEWART SURFBOARDS (DESIGN MARK-SCRIPT) <br><br> CLASSES 14 AND 18 | 05/06/1999 39678/1999 | 03/17/2000 4386533 | REGISTERED TRADEMARK <br> RENEWAL DUE: MARCH 17, 2010 <br><br> GOODS: CLASS 14: PRECIOUS METALS, TABLEWARE AND THE LIKE OF PRECIOUS METAL, NUTCRACKERS OF PRECIOUS METAL, PEPPER POTS OF PRECIOUS METAL, SUGAR BOWLS OF PRECIOUS METAL, SALT SHAKERS OF PRECIOUS METAL, EGG CUPS OF PRECIOUS METAL, NAPKIN HOLDERS OF PRECIOUS METAL, NAPKIN RINGS OF PRECIOUS METAL, TRAYS OF PRECIOUS METAL, TOOTHPICK HOLDERS OF PRECIOUS METAL, VASES AND FLOWER BOWLS OF PRECIOUS METAL, BOXES OF PRECIOUS METAL FOR NEEDLES, JEWEL CASES OF PRECIOUS METAL, CANDLE EXTINGUISHERS AND CANDLESTICKS OF PRECIOUS METAL, POUCHES AND PURSES OF PRECIOUS METAL, SHOE ORNAMENTS OF PRECIOUS METAL, COMPACTS OF PRECIOUS METAL, SMOKERS' ARTICLES OF PRECIOUS METAL, TRINKETS, JEWELLERY (JEWELRY) AND ROUGH GEMSTONES AND IMITATIONS OF JEWELLERY, CLOCKS AND WATCHES, TROPHIES, COMMEMORATIVE SHIELDS, KEY HOLDERS, ALL IN INTERNATIONAL CLASS 14, AND <br><br> CLASS 18: LEATHER, BAGS AND POUCHES AND THE LIKE, VANITY CASES (NOT FITTED), METAL BAG FITTINGS, PURSE CLASPS, UMBRELLAS AND PARASOLS, WALKING STICKS, CANES, METAL CANE FITTINGS, WALKING-STICK AND CANE HANDLES, HORSE RIDING EQUIPMENT, PET ACCESSORIES, ALL IN INTERNATIONAL CLASS 18. <br><br> REGISTRANT: STEWART SURFBOARDS, INC. |
| JPN-002 | JAPAN | STEWART SURFBOARDS (DESIGN MARK-SCRIPT) <br><br> CLASS 25 | 04/26/1999 37290/1999 | 03/03/2000 4365022 | REGISTERED TRADEMARK. <br> RENEWAL DUE: MARCH 3, 2010 <br><br> GOODS: CLASS 25: CLOTHING, GARTERS, STOCKING SUSPENDERS, BRACES (SUSPENDERS), WAISTBANDS, BELTS, FOOTWEAR, MASQUERADE COSTUMES(S), SPECIAL SPORTING AND GYMNASTIC WEAR, SPECIAL SPORTING AND GYMNASTIC FOOTWEAR. <br><br> REGISTRANT: STEWART SURFBOARDS, INC. |

LHB:STEWARTSURFBOARDSCASEMATRIX12182007

## CASE MATRIX
## STEWART SURFBOARDS, INC.
### TRADEMARKS

December 18, 2007

| DOCKET | COUNTRY | TRADEMARK CLASS | FILING DATE APPLN NUMBER | REG. DATE REG. NUMBER | STATUS: GOODS/SERVICES |
|---|---|---|---|---|---|
| USA-001 | UNITED STATES | STEWART SAN CLEMENTE, CA (STYLIZED) CLASS 28 | 11/04/1996 75191934 | 07/22/1897 2061779 | REGISTERED TRADEMARK SECTION 8 AND 9 RENEWAL ACCEPTED 12/06/2006 SECOND TEN YEAR RENEWAL DUE: 07/22/2017 GOODS: SURFBOARDS, SNOWBOARDS, BODYBOARDS, SURFBOARD LEASHES, SKATEBOARDS, WAKEBOARDS. |
| USA-002 | UNITED STATES | *Stewart* CLASSES 25 AND 28 | 01/31/2007 77095787 | 12/11/2007 3351034 | REGISTRANT: STEWART SURFBOARDS, INC. REGISTERED TRADEMARK DECLARATION OF CONTINUED USE DUE: 12/11/2012-12/11/2013 FIRST TEN YEAR RENEWAL DUE: 12/11/2017 GOODS: CLASS 25: CLOTHING; NAMELY, SHIRTS, T-SHIRTS, TANK TOPS, SWEATERS, SWEATSHIRTS, VESTS, JACKETS, COATS, PANTS, SHORTS, BOXER SHORTS, SWEATPANTS, SWIMWEAR, BOARD SHORTS; HEADWEAR, NAMELY, HATS, CAPS AND VISORS AND HEAD BANDS; AND FOOTWEAR, NAMELY, BEACH FOOTWEAR; AND CLASS 28: SURFBOARDS, SURFBOARD LEASHES, SNOWBOARDS, BODYBOARDS, SKATEBOARDS, WAKEBOARDS AND BAGS ESPECIALLY DESIGNED FOR SURFBOARDS. |
| USA-003 | UNITED STATES | STRONGBOX CLASS 28 | 09/11/2006 78971774 | | REGISTRANT: STEWART SURFBOARDS, INC. PENDING APPLICATION NOTICE OF ALLOWANCE ISSUED 07/24/2007 STATEMENT OF USE DUE: 01/24/2008 GOODS: SURFBOARD FIN BOX DESIGNED TO HOLD A SURFBOARD FIN. APPLICANT: STEWART SURFBOARDS, INC. |

LHB:STEWARTSURFBOARDSCASEMATRIX12182007

2

## CASE MATRIX
## STEWART SURFBOARDS, INC.
### TRADEMARKS

December 18, 2007

| DOCKET | COUNTRY | TRADEMARK CLASS | FILING DATE APPL'N NUMBER | REG. DATE REG. NUMBER | STATUS: GOODS/SERVICES |
|---|---|---|---|---|---|
| JPN-001 | JAPAN | STEWART SURFBOARDS (DESIGN MARK-SCRIPT) CLASSES 14 AND 18 | 05008/1998 39078/1999 | 03/17/2000 4368533 | REGISTERED TRADEMARK. RENEWAL DUE: MARCH 17, 2010<br><br>GOODS: CLASS 14: PRECIOUS METALS, TABLEWARE AND THE LIKE OF PRECIOUS METAL, NUTCRACKERS OF PRECIOUS METAL, PEPPER POTS OF PRECIOUS METAL, SUGAR BOWLS OF PRECIOUS METAL, SALT SHAKERS OF PRECIOUS METAL, EGG CUPS OF PRECIOUS METAL, NAPKIN HOLDERS OF PRECIOUS METAL, NAPKIN RINGS OF PRECIOUS METAL, TRAYS OF PRECIOUS METAL, TOOTHPICK HOLDERS OF PRECIOUS METAL, VASES AND FLOWER BOWLS OF PRECIOUS METAL, BOXES OF PRECIOUS METAL FOR NEEDLES, JEWEL CASES OF PRECIOUS METAL, CANDLE EXTINGUISHERS AND CANDLESTICKS OF PRECIOUS METAL, POUCHES AND PURSES OF PRESCIOUS METAL, SHOE ORNAMENTS OF PRECIOUS METAL, COMPACTS OF PRECIOUS METAL, SMOKERS' ARTICLES OF PRECIOUS METAL, TRINKETS, JEWELLERY (JEWELRY) AND ROUGH GEMSTONES AND IMITATIONS OF JEWELLERY, CLOCKS AND WATCHES, TROPHIES, COMMEMORATIVE SHIELDS, KEY HOLDERS, ALL IN INTERNATIONAL CLASS 14. AND<br><br>CLASS 18: LEATHER, BAGS AND POUCHES AND THE LIKE, VANITY CASES (NOT FITTED), METAL BAG FITTINGS, PURSE CLASPS, UMBRELLAS AND PARASOLS, WALKING STICKS, CANES, METAL CANE FITTINGS, WALKING-STICK AND CANE HANDLES, HORSE RIDING EQUIPMENT, PET ACCESSORIES, ALL IN INTERNATIONAL CLASS 18.<br><br>REGISTRANT: STEWART SURFBOARDS, INC. |
| JPN-002 | JAPAN | STEWART SURFBOARDS (DESIGN MARK-SCRIPT) CLASS 25 | 04/28/1999 37290/1999 | 03/03/2000 4365022 | REGISTERED TRADEMARK. RENEWAL DUE: MARCH 3, 2010<br><br>GOODS: CLASS 25: CLOTHING, GARTERS, STOCKING SUSPENDERS, BRACES (SUSPENDERS), WAISTBANDS, BELTS, FOOTWEAR, MASQUERADE COSTUME(S), SPECIAL SPORTING AND GYMNASTIC WEAR, SPECIAL SPORTING AND GYMNASTIC FOOTWEAR.<br><br>REGISTRANT: STEWART SURFBOARDS, INC. |

## CASE MATRIX
## STEWART SURFBOARDS, INC.
## TRADEMARKS

December 18, 2007

| DOCKET | COUNTRY | TRADEMARK CLASS | FILING DATE APPLN NUMBER | REG. DATE REG. NUMBER | STATUS GOODS/SERVICES |
|---|---|---|---|---|---|
| USA-001 | UNITED STATES | STEWART SAN CLEMENTE, CA (STYLIZED) CLASS 28 | 11/04/1986 75191934 | 07/22/1997 2081779 | REGISTERED TRADEMARK SECTION 8 AND 9 RENEWAL ACCEPTED 12/05/2006 SECOND TEN YEAR RENEWAL DUE: 07/22/2017 GOODS: SURFBOARDS, SNOWBOARDS, BODYBOARDS, SURFBOARD LEASHES, SKATEBOARDS, WAKEBOARDS. REGISTRANT: STEWART SURFBOARDS, INC. |
| USA-002 | UNITED STATES | Stewart CLASSES 26 AND 28 | 01/31/2007 77095787 | 12/11/2007 3351034 | REGISTERED TRADEMARK DECLARATION OF CONTINUED USE DUE: 12/11/2012-12/11/2013 FIRST TEN YEAR RENEWAL DUE: 12/11/2017 GOODS: CLASS 25: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, TANK TOPS, SWEATERS, SWEATSHIRTS, VESTS, JACKETS, COATS, PANTS, SHORTS, BOXER SHORTS, SWEATPANTS, SWIMWEAR, BOARD SHORTS; HEADWEAR, NAMELY, HATS, CAPS AND VISORS AND HEAD BANDS; AND FOOTWEAR, NAMELY, BEACH FOOTWEAR; AND CLASS 28: SURFBOARDS, SURFBOARD LEASHES, SNOWBOARDS, BODYBOARDS, SKATEBOARDS, WAKEBOARDS AND BAGS ESPECIALLY DESIGNED FOR SURFBOARDS. REGISTRANT: STEWART SURFBOARDS, INC. |
| USA-003 | UNITED STATES | STRONGBOX CLASS 28 | 08/11/2006 78971774 | | PENDING APPLICATION NOTICE OF ALLOWANCE ISSUED 07/24/2007 STATEMENT OF USE DUE: 01/24/2008 GOODS: SURFBOARD FIN BOX DESIGNED TO HOLD A SURFBOARD FIN. APPLICANT: STEWART SURFBOARDS, INC. |

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____CENTRAL DISTRICT_____ on the following ⊏ Patents or ☒ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT   CENTRAL DISTRICT |
|---|---|---|
| **PLAINTIFF**<br>STEWART SURFBOARDS, INC. | | **DEFENDANT**<br>THE WALT DISNEY COMPANY; DISNEY ENTERPRRISES, INC., DISNEY PRESS NEW YORK |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2081779 | 7/22/1997 | STEWART SURFBOARDS, INC. |
| 2 | 3351034 | 12/11/2007 | STEWART SURFBOARDS, INC. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>⊏ Amendment   ⊏ Answer   ⊏ Cross Bill   ⊏ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Exhibit 2



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV10- 2982 AHM (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

STEWART SURFBOARDS, INC.; WILLIAM G.
STEWART

_____
*Plaintiff*

THE WALT DISNEY COMPANY; DISNEY
ENTERPRISES, INC., DISNEY PRESS and DOES 1
to 25,
_____
*Defendant*

)
)
)
)
)
)
)
)
)

**CV10-2982 AHM (SSx)**

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
THE WALT DISNEY COMPANY
500 South Buena Vista
Burbank, CA  91521

Continued on attachment

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
RONALD W. CHRISLIP SB#70441
CHRISLIP & HERVATIN, LLP
1505 N. Broadway, Santa Ana, CA 92706
714-547-0197

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  April 21, 2010 _____                    _____
                                                                                     *Signature of Clerk or Deputy Clerk*

Attachment to Summons

DISNEY ENTERPRISES, INC.
500 South Buena Vista
Burbank, CA  91521

DISNEY PRESS
114 Fifth Avenue
New York, New York  10011-5690

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

STEWART SURFBOARDS, INC.; WILLIAM G. STEWART

**DEFENDANTS**

THE WALT DISNEY COMPANY; DISNEY ENTERPRISES, INC.; DISNEY PRESS and DOES 1 to 25

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

RONALD W. CHRISLIP
CHRISLIP & HERVATIN, LLP   Phone: 714-547-0197
1505 N. Broadway, Santa Ana, CA 92706

Attorneys (If Known)

N/A

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   **CV10-2982 AHM (SSx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:**  Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No    ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:**  Have any cases been previously filed in this court that are related to the present case?  ☒ No    ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)    ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
    ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
    ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
    ☐ D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
<u>Note: In land condemnation cases, use the location of the tract of land involved</u>

X.  SIGNATURE OF ATTORNEY (OR PRO PER):  _David W. Chang_    Date  **April 20, 2010**

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |